FILED



**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

FT. MYERS Division

2005 JUL -1 AM 11: 29

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

**CIVIL RIGHTS COMPLAINT FORM**

DARON EDISON

DC# 422883

PLAINTIFF

CASE NUMBER: 2:05-cV-307-FtM-29.SPC
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison
number, if applicable)

v.

TOMMY DOUBERLY - WARDEN

BRENDA WILLIAMS - AFA PROGRAMS

C/O - LOVELL - CORRECTIONS OFFICER

DEFENDANTS

(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right).

_____/

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.   PLACE OF PRESENT CONFINEMENT: MOORE HAVEN CORRECTIONAL
(Indicate the name and location)

FACILITY, P.O.BOX 718501 MOOREHAVEN, FLORIDA 33471

II.   DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

SCANNED

DC 225 (Rev. 9/03)                                           1

<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES</u>:

<u>General Grievance</u>

1.   Informal Grievance (Form DC3-005)
2.   Formal Grievance (Form DC1-303)
3.   Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions</u>:

A.      <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1.   Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (X) No ( )

2.   If so, you must attach a copy of the grievance and response to this Complaint form.

3.   Were you denied emergency status? Yes ( ) No (X)

    a.   If so, did you go through the informal grievance, formal grievance and appeal process? Yes (X) No ( )

    b.   If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.      <u>Informal Grievance</u> (Request for Interview)

DC 225 (Rev. 9/03)                                      2

1.  Did you submit an informal grievance (Form DC3-005)? Yes (X) No ( )

2.  If so, you must attach a copy of the grievance and response to this Complaint form.

C.    Formal Grievance (Request for Administrative Remedy or Appeal)

1.  Did you have a disciplinary hearing concerning this matter? Yes ( ) No (X)

2.  If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3.  Did you submit a formal grievance (Form DC1-303)? Yes (X) No ( )

4.  If so, you must attach a copy of the grievance and response to this Complaint form.

D.    Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1.  Did you submit an appeal to the Office of the Secretary (Form DC1-303)?
    Yes (X) No ( )

2.  If so, you must attach a copy of the appeal and response to this Complaint form.   .

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___16TH___ day of ___JUNE_____, 2 005 .

Dawn Edison
Signature of Plaintiff

III.   DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes ( ) No (X)

If your answer is YES, answer the following questions.   *NOT APPLICABLE*

A.   Is there a grievance procedure at your institution or jail? ~Yes ( )~ ~No ( )~

B.   Did you present the facts relating to your Complaint in the grievance procedure? Yes ~( )~ ~No ( )~   *NOT APPLICABLE*

C.   If your answer is YES:

1.   What steps did you take? *NOT APPLICABLE*

2.   What were the results? *NOT APPLICABLE*

3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not: *NOT APPLICABLE*

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 16TH day of JUNE , 2 005 .

*Daron Edison*

Signature of Plaintiff

DC 225 (Rev. 9/03)                                    4

IV.    PREVIOUS LAWSUITS:

    A.    Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No (  )

    B.    Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No (  )

    C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below.  If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

        1.    Parties to previous lawsuit:

            Plaintiff(s): DARON EDISON, DC#422883 PO BOX 718501 MOOREHAVEN CORRECTIONAL FACILITY, MOOREHAVEN, FLORIDA 33471

            Defendant(s): TOMMY DOUBERLY, BRENDA WILLIAMS, C/O LOVELL MOOREHAVEN CORRECTIONAL FACILITY

        2.    Court (if federal court, name the district; if state court, name the county): GLADES COUNTY, FLORIDA (STATE COURT)

        3.    Docket Number: TO BE ASSIGNED

        4.    Name of judge: TO BE ASSIGNED

        5.    Briefly describe the facts and basis of the lawsuit: SEEKS COMPENSATORY DAMAGES FOR DESTRUCTION OF PRIVATE PROPERTY

        6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?): STILL PENDING

        7.    Approximate filing date: JUNE 15, 2005

        8.    Approximate disposition date: PENDING

    D.    Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted?  If so, identify theses suits below by providing the case number, the style, and the disposition of each case:    SEE NEXT PAGE

DC 225 (Rev. 9/03)

CONTINUANCE OF PREVIOUS PAGE

IV.    **PREVIOUS LAWSUITS:**

A.  Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

B.  Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

C.  If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.  Parties to previous lawsuit:

Plaintiff(s): DARON EDISON, DC#422883 PO BOX 718501 MOORE-HAVEN CORRECTIONAL FACILITY, MOOREHAVEN, FLORIDA

Defendant(s): TOMMY DOUBERLY, BRENDA WILLIAMS, C/O LOVELL MOOREHAVEN CORRECTIONAL FACILITY

2.  Court (if federal court, name the district; if state court, name the county): U.S. FED COURT MIDDLE DISTRICT FTMYERS DIVISION

3.  Docket Number: CASE# 2:05-CV-139-FTM-33SPC

4.  Name of judge: VIRGINIA M. HERNANDEZ COVINGTON

5.  Briefly describe the facts and basis of the lawsuit: VIOLATION OF A.D.A. SOUGHT DAMAGES FOR DESTRUCTION OF PRIVATE PROPERTY

6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED WITHOUT PREJUDICE. FILED WRONG PAPERS

7.  Approximate filing date: 4/7/2005

8.  Approximate disposition date: 5/20/2005

D.  Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:   NO

DC 225 (Rev. 9/03)                                          5

_NOT APPLICABLE_

---

---

---

---

V.   **PARTIES**:  In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: _DARON EDISON, DC# 422883_

Mailing address: _MOOREHAVEN CORRECTIONAL FACILITY_
_PO BOX 718501 MOOREHAVEN, FIORIDA 33471_

B.   Additional Plaintiffs: _NOT APPLICABLE_

---

---

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: _TOMMY DOUBERLY_

Mailing Address: _MOOREHAVEN CORRECTIONAL FACILITY_
_PO BOX 718501 MOOREHAVEN, FIORIDA 33471_

Position: _WARDEN_

Employed at: _GEO GROUP - MHCF_

D.   Defendant: _BRENDA WILLIAMS_

Mailing Address: _MOOREHAVEN CORRECTIONAL FACILITY_
_PO BOX 718501 MOOREHAVEN, FLORIDA 33471_

Position: _AFA PROGRAMS_

Employed at: _GEO GROUP - MHCF_

E. Defendant: _MR. LOVELL_

Mailing Address: _MOORE HAVEN CORRECTIONAL FACILITY_
_PO BOX 718501 MOORE HAVEN, FLORIDA 33471_

Position: _CORRECTIONS OFFICER_

Employed at: _GEO GROUP – MHCF_

F. Defendant: _NOT APPLICABLE_

Mailing Address: _____

Position: _____

Employed at: _____

G. Defendant: _NOT APPLICABLE_

Mailing Address: _____

Position: _____

Employed at: _____

VI.   <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

I AM LEGALLY BLIND (2.800) WHICH SATISFIES RULES OF
A.D.A. 42 U.S.C. §12102(2).
(¶1) I HAVE BEEN DISCRIMINATED AGAINST UNDER RULES
OF THE A.D.A. TITLE II. PURSUANT TO 42 USC §12132.
(¶1) I HAVE BEEN DISCRIMINATED AGAINST UNDER RULES OF
THE A.D.A. TITLE III PURSUANT TO 42 USC §12182 (A)

VII.   <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

1) TOMMY DOUBERLY — WARDEN,
BRENDA WILLIAMS — AFA PROGRAMS
MR. LOVELL — CORRECTIONS OFFICER

2) JUNE 14, 2004 — JUNE 18, 2004, TO PRESENT

3) MOORE HAVEN CORRECTIONAL FACILITY
P.O. BOX 718501 MOORE HAVEN, GLADES

DC 225 (Rev. 9/03)                                        8

Statement of Facts, continued:

COUNTY, FLORIDA. 33471. OPERATED IN A FOR PROFIT CAPACITY BY THE GEO GROUP.

4) THE FACTS IN THIS COMPLAINT ARISE FROM A DIRECT RESULT OF THE DEFENDANTS SUSTAINED INJURY TO PLAINTIFF AS FOLLOWS:

5) C/O LOVELL CONFISCATED PLAINTIFFS TAPE RECORDER, GOSPEL TAPES AND AUDIO-BOOKS UPON ARRIVAL AT MOORE-HAVEN AFTER BEING TRANSFERRED FROM WASHINGTON CORRECTIONAL INSTITUTION ON 6·14·2004

6) PLAINTIFF HAS EXHAUSTED ANY AND ALL REMEDIES THROUGH THE PRESCRIBED GRIEVANCE PROCEDURE TO NO AVAIL

7) BRENDA WILLIAMS HAS REFUSED TO PROVIDE ADEQUATE ACCOMODATIONS TO PLAINTIFF SO THAT PLAINTIFF IS NOT EXCLUDED OR THEREFORE DENIED FROM PARTICIPATING IN

STATEMENT OF FACTS, CONTINUED:

THE BENEFITS OF SERVICES, PROGRAMS OR ACTIVITIES THAT ARE AFFORDED OTHERS.

8) TOMMY DOUBERLY IN HIS OFFICIAL CAPACITY HAS CONDONED THIS DISCRIMINATION HAVING FULL KNOWLEDGE THAT THESE PRINCIPLED RULES ARE UNHEEDED IN THE CURRENT POLICIES AT MOORE HAVEN CORRECTIONAL FACILITY

9) PLAINTIFF CANNOT ENJOY THE PROGRAMS AT THIS "PROGRAMS BASED" INSTITUTION AS OTHERS WITH DISABILITIES BECAUSE THEY ARE PROVIDED WITH WHEEL CHAIRS, WALKERS HEARING AIDS, ETC. PLAINTIFF HAS NOTHING TO AIDE HIS BLINDNESS AND THEREFORE HAS NO EQUAL ADVANTAGES.

10) OTHER INMATES ARE PROVIDED ASSISTANTS TO PUSH THEIR WHEEL CHAIRS AND OBSTICLES ARE MOVED TO ACCOMMODATE THEM IN THE CLASSROOMS AND OTHER DAILY FUNCTIONS AS WELL.

11) ACCOMMODATIONS TO PLAINTIFF WOULD NOT CAUSE UNDUE HARM OR HARDSHIP, NOR WOULD THESE ACCOMMODATIONS COST AN EXORBITANT AMOUNT OF EFFORT OR MONEY TO CORRECT.

STATEMENT OF FACTS, CONTINUED:

12) PLAINTIFF HAS SUFFERED HARSHLY BY THIS EXCLUSION FROM VOCATIONAL AND ACADEMIC PROGRAMS THAT IS AFFORDED TO PEERS. AS A DIRECT CONSEQUENCE, PLAINTIFF IS PERCEIVED AS AN UNDERACHIEVER THAT CANNOT EXCEL ON A PARALLEL TO PEERS. THUS, THE STAGE HAS BEEN SET SO THAT PLAINTIFF HAS BEEN CONSTANTLY SUBJECTED TO BADGERING AND RIDICULE WHICH HAS RESULTED IN A HOSTILE INVIRONMENT.

13) PLAINTIFF'S EMOTIONAL DISTRESS IS HEIGHTENED BY THE FACT THAT, INCLUDED IN THE PROPERTY THAT MR. LOVELL HAD CONFISCATED ON 6·14·2004 AND THE SUB-SEQUENT WRONGFUL DETAINMENT OF SAID PROPERTY WERE AUDIO-BOOKS THAT ARE INSTRUMENTAL IN PREPARING PLAINTIFF FOR THE INEVITABLE TOTAL BLINDNESS.

14) PLAINTIFF, DUTIFULLY AND RESPECTIVELY REQUEST THAT THIS HONORABLE COURT NOTE AND CONSIDER THE ABOVE PARAGRAPH IN CONCERT WITH THE FOLLOWING STATEMENT IN THAT THIS COURT MAY GRASP THE FULL SCOPE OF THE PLAINTIFFS INJURY DUE TO DEFENDANTS ACTION

## STATEMENT OF FACTS, CONTINUED:

15) PLAINTIFF IS DEEPLY RELIGIOUS AND A DEVOUT CHRISTIAN. AND WHEN THE EMOTIONAL STRESS BECOMES UNBEARABLE PLAINTIFF MAY NOT ENJOY THE SOLICE OF LISTENING TO THE AUDIO-BOOKS THAT PLAINTIFF HAS ENJOYED FOR THE MANY YEARS OF INCARCERATION SINCE PLAINTIFF ARRIVED AT MOOREHAVEN C.F. SINCE PLAINTIFF HAS EXTREMELY LIMITED RESOURCES IT IS IMPOSSIBLE FOR PLAINTIFF TO BE CONSIDERED AS AN EQUAL WHEN HE HAS BEEN DEPRIVED OF THE ABILITY TO PURSUE ONE OF THE FOREMOST AND FUNDAMENTAL RIGHTS TO THE FREEDOM OF RELIGION AS GAURANTEED BY THE CONSTITUTION OF THESE UNITED STATES.

16) PLAINTIFF, NOW COMES BEFORE THIS COURT IN THE ABOVE STYLED CAUSE AS A DIRECT RESULT OF DEFENDANTS REFUSAL TO ADDRESS THESE MOST EGREGIOUS VIOLATIONS OF THE LAWS OF THE UNITED STATES OF AMERICA AND PRAYS THIS HONORABLE COURT WILL GIVE GREAT WIEGHT IN FAVOR OF PLAINTIFFS QUEST FOR JUSTICE IN THE FORM OF REDRESS AND RELIEF FOR INJURIES BESTOWED UPON PLAINTIFF THROUGH THE ACTIONS AND INACTIONS OF THE DEFENDANTS AS STATED THROUGHOUT THE BODY OF THE ABOVE COMPLAINTS THAT PLAINTIFF HEREBY SWEARS AS NOTHING BUT TRUE SO HELP ME GOD

## STATEMENT OF FACTS, CONTINUED:

17) PLAINTIFF ALSO REQUEST THAT THIS COURT RECOGNIZE AND NOTE THAT PLAINTIFFS NUMEROUS REQUEST TO HAVE THESE LEARNING TOOLS IN THE FORM OF AUDIO-BOOKS RETURNED TO PLAINTIFF WERE DENIED. ANY REQUEST FOR PROVISION OF ALTERNATIVE MEANS HAS WENT UNHEEDED AS WELL. THESE LEARNING TOOLS CAN BE AQUIRED THROUGH VARIOUS AGENCIES FOR THE BLIND AS A SERVICE REQUIRING LITTLE OR NO COST. SINCE THE DEFENDANTS HAVE REFUSED TO MAKE ANY ATTEMPT TO PROVIDE AN ENVIRONMENT, OR ADEQUATELY TRAINED STAFF OR PERSONEL TO PROVIDE AN EQUAL OPPORTUNITY, BY HAVING FULL KNOWLEDGE OF THE REQUIREMENT TO DO SO, HAS EFFECTIVELY INDUCED THESE INJURIES UNTO THE PLAINTIFF, THEREFORE THE PLAINTIFF CONTENDS THIS MALICIOUS TREATMENT WHEATHER INTENTIONAL OR NOT IS CRUEL AND UNUSUAL PUNISHMENT

18) PLAINTIFF FILED ORIGINAL COMPLAINT IN ERR DUE TO FILING OF WRONG FORMS. PLAINTIFF BELIEVES THE PROPER FORMS HAVE BEEN REFILED USING THE ORIGINAL INMATE GRIEVANCE FORMS TO AMENDED COMPLAINT. THIS COMPLAINT HAS BEEN PUT IN IT'S PROPER CONTEXT. FOR THIS COURT.

VIII.   **RELIEF REQUESTED**:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

1) INJUNTIVE RELIEF FROM CURRENT POLICIES AND TO CONFORM TO A.D.A. REQUISITES THAT DEFENDANTS REFUSE TO ADHERE TO

2) MONETARY RELIEF FOR SUSTAINED PAIN AND SUFFERING INFLICTED UPON PLAINTIFF BY DEFENDANTS IN THE SUM $150,000.00 FOR VIOLATION OF HUMAN AND CONSTITUTIONAL RIGHTS

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ____16TH____ day of ____JUNE____ , 2 0 0 5 .

Daron Edison   #428683

_____

_____

_____

(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)

10