UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


DARON EDISON,

                    Plaintiff,

vs.                                   Case No.  2:05-cv-307-FtM-29SPC


TOMMY DOUBERLY; BRENDA WILLIAMS; MR.
LOVELL,

                    Defendants.
_____


## <u>ORDER</u>

_____This matter comes before the Court on review of the file.  On
May 1, 2007, the Court issued an Order to Show Cause (Doc. #28)
noting no response to a prior Order to Show Cause.  The Court
further noted that the Florida Department of Corrections listed a
different address for plaintiff, Dade Correctional Institution, so
a copy of the Order to Show Cause was also forwarded to that
Institution.  The docket reflects that mail was twice returned as
undeliverable from Moore Haven Correctional Facility, but
apparently delivered to Dade Correctional.  Finding no response, on
May 18, 2007, the Court entered an Order (Doc. #29) dismissing the
case for failure to prosecute.  Judgment (Doc. #30) was entered on
May 21, 2007, and the case was closed.

    On May 23, 2007, plaintiff appeared and filed a Response to
Show Cause Order (Doc. #31) asking to have the case reopened since

Dockets.Justia.com

his disability made it difficulty to procure assistance in preparing his case. The letter was apparently provided to prison officials for mailing on May 18, 2007. The Court will construe the Response as a motion to alter or amend the judgment and proceed accordingly. A motion of reconsideration filed within ten (10) days of the judgment it seeks to reopen is properly designated as filed pursuant to Fed. R. Civ. P. 59(e). Mahone v. Ray, 326 F.3d 1176, 1178, n.1 (11th Cir. 2003). Rule 59(e) affords the Court substantial discretion to reconsider an order which it has entered. See generally Mincey v. Head, 206 F.3d 1106, 1137 (11th Cir. 2000); Sussman v. Salem, Saxon & Nielsen, P.A., 153 F.R.D. 689, 694 (M.D. Fla. 1994). Upon review, the Court finds that plaintiff has adequately articulated a basis to reopen the case and timely placed his response in the prison mail system. The motion will be granted and the case reopened.

Accordingly, it is now

**ORDERED**:

1. Plaintiff's Response (Doc. #31), construed as a motion to amend or alter the judgment, is **GRANTED**. The Order (Doc. #29) dismissing the case for failure to prosecute and the Judgment (Doc. #30) are **vacated** and the Clerk shall reopen the case.

2. The Clerk shall update the docket to reflect plaintiff's address at Dade Correctional.

3.   The Court will establish deadlines for the case under separate scheduling order to be entered by the United States Magistrate Judge.

**DONE AND ORDERED** at Fort Myers, Florida, this __5th__ day of June, 2007.


JOHN E. STEELE
United States District Judge


Copies:
Plaintiff
Counsel of record
SA/hmk